FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 2 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01917-BNB
(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

KAMAL KARNA ROY,

         Plaintiff,

v.

IRS,
U.S. DEPT. OF TREASURY, and
USA GOVT. [sic], et al.,

         Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

        Plaintiff has submitted a Motion and Affidavit for Leave to Proceed on Appeal

Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 and a set of confusing and mostly

illegible documents that he apparently intends to be filed as a pleading in a new civil

rights action.   As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court

has determined that the submitted documents are deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers which the Plaintiff files in response to this order must include the civil action

number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)     __     is not submitted
(2)     X     is not on proper form (must use the court's current form)
(3)     X     is missing original signature by Plaintiff

| | | |
|---|---|---|
| (4) | __ | is missing affidavit |
| (5) | X | affidavit is incomplete |
| (6) | X | affidavit is not notarized or is not properly notarized |
| (7) | __ | names in caption do not match names in caption of complaint, petition or application |
| (8) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | X | other: Motion is necessary only if $350.00 filing fee is not paid in advance. |

**Complaint or Petition:**

| | | |
|---|---|---|
| (10) | X | is not submitted |
| (11) | __ | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the Plaintiff |
| (13) | __ | is incomplete |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court.  Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | X | other: Complaint must be neat, legible and understandable. |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED August 2, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01917-BNB

Kamal KK Roy
PO Box 1173
Saranac Lake, NY 12983

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 2, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk